**Opinion filed August 20, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00182-CV

_____

## JAMES M. MORRIS, Appellant

## V.

## RUDY KIDDER, JR. AND KIMBERLY HYDE, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF OPHELIA KIDDER, DECEASED, Appellees

**On Appeal from the 458th District Court**

**Fort Bend County, Texas**

**Trial Court Cause No. 20-DCV-273469**

### M E M O R A N D U M   O P I N I O N

Appellant, James M. Morris, has filed in this court[1] a motion to dismiss this appeal. In the motion, Appellant states that the parties to this appeal "have resolved their disputes pursuant to a settlement agreement and release." Appellant indicates that, pursuant to the agreement, each party has agreed not only that this appeal should

---

[1]We note that this appeal was transferred to this court from the First Court of Appeals pursuant to a docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

be dismissed but also that each party is to bear its own costs and attorney's fees. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

August 20, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.